IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT NITZKE, et al.,

    Plaintiffs,                  No. CIV S-06-1937 FCD KJM PS

    vs.

CORRINE SEIVERS,

    Defendant.                <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiffs have filed an amended complaint alleging claims pertaining to an arbitration and settlement agreement. The federal courts are courts of limited jurisdiction. There is no apparent basis for subject matter jurisdiction evident in the complaint. The gravamen of the complaint appears to be one that is appropriately resolved in the state court.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiffs shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

DATED: April 25, 2007.

                                                    U.S. MAGISTRATE JUDGE

006
nitzke-seivers.osc